PHILLIP A. TALBERT
Acting United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:13-CR-0412 NONE BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AS TO DEFENDANTS SANTIAGO GOMEZ GARCIA AND JUAN GOMEZ GARCIA; ORDER |
| v. | |
| SANTIAGO GOMEZ GARCIA, JUAN GOMEZ GARCIA, | |
| Defendants. | |

The government moves to dismiss without prejudice the indictment in this case pursuant to Rule 48(a), as to defendants Santiago Gomez Garcia and Juan Gomez Garcia only.

Dated: Sept. 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant United States Attorney

IT IS ORDERED that the indictment is dismissed without prejudice as to defendants Santiago Gomez Garcia and Juan Gomez Garcia.

IT IS SO ORDERED.

Dated:  **September 9, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS INDICTMENT          1